Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY WILLIS; COREY GOLDSTEIN; PAUL STEMPLE; AND, CARRIE COUSER; individually and on behalf of herself and all others similarly situated<br>　　　　Plaintiff,<br><br>vs.<br><br><br>JPMORGAN CHASE & CO.; AND, CHASE BANK (USA) N.A.,<br>　　　　Defendants. | Case No. 2:12-cv-10252-DMG-SH<br><br>**CLASS ACTION**<br><br><br>**AMENDED NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFFS by and through their attorneys to respectfully notify this Honorable Court that this case has settled. Plaintiffs anticipate that a Stipulation and Order for Dismissal with prejudice shall be filed upon completion/finalization of the Settlement, which shall be completed within

sixty (60) days. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 25th day of April, 2014.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 25th day of April, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

United States District Court
Central District of California

Arjun Rao
STROOCK
Attorney for Defendant

This 25th day of April, 2014.

s/Todd M. Friedman
Todd M. Friedman