UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL     JS-6

| | |
|---|---|
| Case No. **CV 12-10252-DMG (SHx)** | Date  April 28, 2014 |
| Title  Barry Willis v. JPMorgan Chase Bank | |

Present: The Honorable   DOLLY M. GEE., UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES**

In light of the amended notice of settlement, filed April 25, 2014, indicating that the case has settled in its entirety, this action is placed in inactive status.

By June 24, 2014 the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated.  Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of  June 25, 2014.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.