# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY WILLIS; COREY GOLDSTEIN; PAUL STEMPLE; AND, CARRIE COUSER; individually and on behalf of herself and all others similarly situated<br>      Plaintiff,<br><br>   vs.<br><br>JPMORGAN CHASE & CO.; AND, CHASE BANK (USA) N.A.,<br>      Defendants. | Case No.  2:12-cv-10252-DMG-SH<br><br>**ORDER RE DISMISSAL OF ACTION [33]** |

   IT IS HEREBY ORDERED that pursuant to the parties' Stipulation to dismiss this case pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the individual claims of plaintiff Barry Willis are dismissed with prejudice and the individual claims of Corey Goldstein, Paul Stemple and Carrie Couser and the putative class claims are dismissed without prejudice.  Each party shall bear its own costs and fees.

   This Court retains jurisdiction to enforce the settlement of this action.

DATED:  June 25, 2014                              _____
                                                                    DOLLY M. GEE
                                                      UNITED STATES DISTRICT JUDGE

1